IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ADAM HOLLAND, by Next Friends PAMELA HOLLAND AND BERNARD HOLLAND; and PAMELA HOLLAND and BERNARD HOLLAND,<br><br>*Plaintiffs*,<br><br>-vs-<br><br>RUSSELL LaLEVEE, DAVE BROWN, d/b/a GIGAHERTZ, INC., a/k/a Sign Generator; COX MEDIA GROUP, d/b/a WHTP-FM;<br><br>*Defendants*. | Case No. 3:13-cv-373<br><br>JURY DEMAND |

## STIPULATION OF DISMISSAL
## AS TO DEFENDANT COX MEDIA GROUP

The undersigned parties, by and through their counsel of record, do hereby stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, as against the Defendant COX MEDIA GROUP which the parties acknowledge should have been named as "Cox Radio, Inc., d/b/a WHTP-FM" in the Complaint. This dismissal shall operate as to this Defendant only. Each party to this Stipulation agrees to bear their own costs.

This 5th day of September, 2013.

Respectfully submitted,


s/ Larry L. Crain
LARRY L. CRAIN, ESQ.
Tenn. Sup.Crt. No. 9040
**CRAIN, SCHUETTE & ASSOCIATES**
5214 Maryland Way, Suite 402
Brentwood, TN.  37027
(615) 376-2600 Phone
(615) 345-6009 Fax
larry@csafirm.com

s/Robb S. Harvey
Robb S. Harvey (Tenn. BPR No. 011519)
**WALLER LANSDEN DORTCH & DAVIS LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Phone: (615) 244-6380
E-mail: robb.harvey@wallerlaw.com
Local counsel for named defendant Cox Media Group d/b/a WHTP-FM ("WHTP-FM")

s/Thomas M. Clyde
Thomas M. Clyde (GA. Bar No. 170955)
Lesli N. Gaither (GA. Bar No. 621501)
**Dow Lohnes PLLC**
Six Concourse Parkway, Suite 1800
Atlanta, Georgia 30328-6117
(770) 901-8800
tclyde@dowlohnes.com &
lgaither@dowlohnes.com
Lead counsel for named defendant Cox Media Group d/b/a WHTP-FM ("WHTP-FM")