Rev 7/11

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Adam Holland<br>by Next Friends Pamela Holland and Bernard Holland | Case No.: 3:13-cv-00373 |
| | Judge: William Haynes, Jr. (John Bryant, Magistrate) |
| | Date of Trial (Day One): November 3, 2015 |
| | Location: ⊘ Nashville ○ Columbia ○ Cookeville |
| **Plaintiff(s)** | Court Reporter: Peggy Turner |
| V. | |
| Russell LaLevee, and Dave Brown doing business as Gigahertz, Inc. also known as Sign Generator | Court Interpreter: N/A |
| **Defendant(s)** | |

## CIVIL JURY MINUTES
(Day One Only)

Plaintiff's Attorney(s): Larry Lamont Crain

Defense Attorney(s): No appearance for the defense

JURORS (complete on day 1 only):

1. ████████████
2. ████████████
3. ████████████
4. ████████████
5. ████████████

6. ████████████
7. ████████████
8. ████████████
9. 
10. 

COMMENTS:

Jury selected. Jury advised to report on Wednesday, November 4, 2015 at 9:00 a.m.

Total Time in Court: 1 hour

KEITH THROCKMORTON, Clerk
by: Megan Gregory