IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ADAM HOLLAND, by Next Friends, )
PAMELA HOLLAND AND BERNARD )
HOLLAND; and PAMELA HOLLAND )
and BERNARD HOLLAND, )
  )
    Plaintiff, ) No. 3:13-cv-00373
 ) Senior Judge Haynes
v. )
 )
GIGAHERTZ, INC. a/k/a SIGN )
GENERATOR and RUSSELL LALEVEE, )
 )
    Defendants. )

## VERDICT

### A. Claims against Defendant Russell LaLevee

1. Do you find that on Plaintiff Adam Holland's claim for invasion of privacy by false light that Plaintiff Adam Holland has proved his claim and suffered damages?

    Yes  ✓  No _____

1a. If you answered "Yes," what amount of compensatory damages do you award to Adam Holland against Russell LaLevee?

    $ 5,000

2. Do you find that on Plaintiff Adam Holland's claim for invasion of privacy by intrusion that Plaintiff Adam Holland has proved his claim and suffered damages?

    Yes  ✓  No _____

2a.  If you answered "Yes," what amount of compensatory damages do you award to Adam Holland against Russell LaLevee?

$ 5,000

3.  Do you find that on Plaintiff Adam Holland's claim for defamation that Plaintiff Adam Holland has proved his claim and suffered damages?

Yes __✓__ No _____

3a.  If you answered "Yes," what amount of compensatory damages do you award to Adam Holland against Russell LaLevee?

$ 5,000

4.  Do you find that on Plaintiff Adam Holland's claim for violation of Tennessee Personal - Rights Protection Act, Tenn. Code Ann. § 47-25-1105, that Plaintiff Adam Holland has proved his claim and suffered damages?

Yes __✓__ No _____

4a.  If you answered "Yes," what amount of compensatory damages do you award to Adam Holland against Russell LaLevee?

$ 5,000

5.  Do you find that on Plaintiff Adam Holland's claim for intentional infliction of emotional distress that Plaintiff Adam Holland has proved his claim and suffered damages?

Yes __✓__ No _____

5a. If you answered "Yes," what amount of compensatory damages do you award to Adam Holland against Russell LaLevee?

$ 5,000

**B. Claims against Defendant Gigahertz, Inc.**

1. Do you find that on Plaintiff Adam Holland's claim for invasion of privacy by false light that Plaintiff Adam Holland has suffered damages?

    Yes ✓ No ___

1a. If you answered "Yes," what amount of compensatory damages do you award to Adam Holland against Gigahertz, Inc.?

$ 10,000

2. Do you find that on Plaintiff Adam Holland's claim for invasion of privacy by intrusion that Plaintiff Adam Holland has suffered damages?

    Yes ✓ No ___

2a. If you answered "Yes," what amount of compensatory damages do you award to Adam Holland against Gigahertz, Inc.?

$ 10,000

3

3.  Do you find that on Plaintiff Adam Holland's claim for defamation that Plaintiff Adam Holland has suffered damages?

    Yes ✓   No ___

3a. If you answered "Yes," what amount of compensatory damages do you award to Adam Holland against Gigahertz, Inc.?

    $ 10,000

4.  Do you find that on Plaintiff Adam Holland's claim for violation of Tennessee Personal - Rights Protection Act, Tenn. Code Ann. § 47-25-1105, that Plaintiff Adam Holland has suffered damages?

    Yes ✓   No ___

4a. If you answered "Yes," what amount of compensatory damages do you award to Adam Holland against Gigahertz, Inc.?

    $ 10,000

5.  Do you find that on Plaintiff Adam Holland's claim for intentional infliction of emotional distress that Plaintiff Adam Holland has suffered damages?

    Yes ✓   No ___

5a. If you answered "Yes," what amount of compensatory damages do you award to Adam Holland against Gigahertz, Inc.?

    $ 10,000

4

C. Punitive Damages

1. Plaintiff claims punitive damages. Do you find that Plaintiff is entitled to an award of punitive damages?

   Yes __✓__ No _____

1a. If "yes," what amount to Plaintiff against Russell LaLevee?

   $ 25,000

1b. If "yes," what amount to Plaintiff against Gigahertz, Inc.?

   $ 50,000

████████████████  11/4/15
Foreperson        Date