IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ADAM HOLLAND, by Next Friends, )
PAMELA HOLLAND AND BERNARD )
HOLLAND; and PAMELA HOLLAND )
and BERNARD HOLLAND, )
)
    Plaintiff, ) No. 3:13-cv-00373
) Senior Judge Haynes
v. )
)
GIGAHERTZ, INC. a/k/a SIGN )
GENERATOR and RUSSELL LALEVEE, )
)
    Defendants. )

# O R D E R

In accordance with the jury's verdict, Plaintiff Adam Holland is **AWARDED** twenty-five thousand dollars ($25,000.00) in compensatory damages against the Defendant Russell LaLevee for invasion of privacy by false light, invasion of privacy by intrusion, defamation, violation of T.C.A. § 47-25-1105, and intentional infliction of emotional distress. Plaintiff Adam Holland is further **AWARDED** twenty-five thousand dollars ($25,000.00) in punitive damages against the Defendant Russell LaLevee.

Plaintiff Adam Holland is also **AWARDED** fifty thousand dollars ($50,000.00) in compensatory damages against the Defendant Gigahertz, Inc. for invasion of privacy by false light, invasion of privacy by intrusion, defamation, violation of T.C.A. § 47-25-1105, and intentional infliction of emotional distress. Plaintiff is further **AWARDED** fifty thousand dollars ($50,000.00) in punitive damages against the Defendant Gigahertz, Inc.

Based upon the undisputed facts, Plaintiff has established ongoing violations of invasion of privacy by false light, invasion of privacy by intrusion, defamation, violation of T.C.A. § 47-25-1105, and intentional infliction of emotional distress. Defendant Russell LaLevee, his agents

and all those acting in concert with him be and hereby are permanently **ENJOINED** and restrained from any using, publishing, distributing, or disseminating through any form of media to any third person Adam Holland's photograph, image or likeness or publishing, distributing or disseminating any false or defamatory statement regarding Adam Holland or any statement or comment that casts Adam Holland in a false light.

Defendant Gigahertz, Inc., a/k/a Sign Generator, its agents and all those acting in concert with the Defendant be and hereby are permanently **ENJOINED** and restrained from any using, publishing, distributing, or disseminating through any form of media to any third person Adam Holland's photograph, image or likeness or publishing, distributing or disseminating any false or defamatory statement regarding Adam Holland or any statement or comment that casts Adam Holland in a false light.

The Court further enters declaratory judgment in favor of the Plaintiff Adam Holland and hereby declares that the photographs and images of the Plaintiff that were published by the Defendants Russell LaLevee and Gigahertz, Inc. (Docket Entry No. 80, Trial Exhibit Nos. 3, 8, 9, 10 and 11) on the Internet and various social media, including Flicker and Facebook are defamatory in nature and constitute an invasion of the Plaintiff Adam Holland's privacy.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 10th day of November, 2015.

WILLIAM J. HAYNES, JR.
United States District Judge